In the Matter of Samuel W. Corwin et al., Appellants, against Thomas F. Farrell et al., Constituting the New York City Housing Authority, et al., Respondents.

Submitted February 26, 1951; decided March 9, 1951.

*Irving Wise* and *Gerald J. Carey* for motion.
*Sanford Solarz* opposed.

Motion denied, with leave to renew upon the argument.